

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00635-CV

Frank **GARZA**,
Appellant

v.

Kris Angel **FINN**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2016CV04020
The Honorable Robert Behrens, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We order that no costs be assessed against appellant Frank Garza because he is indigent.

SIGNED January 11, 2017.

_____
Marialyn Barnard, Justice